IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALAN JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PERRY W. RUSSELL, ) <br> ) <br> Counterclaim Defendant. ) <br> ) | Civil No. CV-S-90-048-LDG (LRL) <br><br> **ORDER GRANTING NOTICE OF RENEWAL OF JUDGMENT AGAINST PERRY W. RUSSELL** |

**Notice is hereby given** that the judgment by default entered in this case on August 29, 2011, in favor of the United States and against Perry W. Russell in the sum of $ 194,448.49 plus accrued statutory interest (Section 6621) from July 31, 1991, is hereby renewed.

IT IS ORDERED AND ADJUDGED

I approve this notice of renewal of final judgment.

Dated this  11  day of  Aug , 2011.

_____
UNITED STATES DISTRICT JUDGE

3346473.1

1  LELAND E. LUTFY
   United States Attorney
2  701 East Bridger Ave.
   Suite 800
3  Las Vegas, Nevada  89101
   Telephone:  (702) 388-6336
4
   GEORGE N. HARRIS, JR.
5  Trial Attorney, Tax Division
   U.S. Department of Justice
6  P.O. Box 683
   Ben Franklin Station
7  Washington, D.C.  20044
   Telephone:  (202) 307-6422
8
   Attorneys for the United States of America
9
            IN THE UNITED STATES DISTRICT COURT FOR THE
10
                         DISTRICT OF NEVADA
11
   ROBERT ALAN JONES,            )
12                                )
        Plaintiff,                )
13                                )
        v.                        ) Civil No. CV-S-90-048-LDG-LRL
14                                )
   UNITED STATES OF AMERICA,      ) JUDGMENT
15                                )
        Defendant.                )
16                                )
                                  )
17 _____)
                                  )
18 UNITED STATES OF AMERICA,      )
                                  )
19      Counterclaim Plaintiff,   )
                                  )
20      v.                        )
                                  )
21 PERRY W. RUSSELL,              )
                                  )
22      Counterclaim Defendant.   )
                                  )
23                                )
   _____)
24

25      This action is before the Court on the United States'

26 Request for Entry of Judgment by Default against counterclaim

27 defendant Perry W. Russell.  Default was entered against Perry W.

28 Russell on August 2, 1991.

RECEIVED
AUG 15 1991
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

DISTRICT COURT
DISTRICT OF NEVADA
FILED
AUG 28 1991
CAROL C. FITZGERALD, CLERK
LIZ GINI

ENTERED
AUG 29 1991
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY  LIZ GINI  DEPUTY



In consideration of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. That judgment be, and it hereby is, entered in favor of the United States of America, counterclaim plaintiff, against Perry W. Russell, counterclaim defendant, for the sum of $194,448.49, plus interest which will continue to accrue as provided by law from July 31, 1991.

2. Judgment is to accrue interest at the rate provided by 26 U.S.C. §6621.

Dated this 30th day of Aug, 1991.

FOR THE COURT:
CAROL C. FITZGERALD, CLERK

BY: LLOYD D. GEORGE

— 2 —